UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>Plaintiff: Liana Hee Lim<br><br><br>Case No.: | MDL NO. 2921<br><br>Honorable Brian R. Martinotti<br>District Court Judge<br><br>Honorable Leda D. Wettre<br>Magistrate Judge<br><br><br>MASTER SHORT-FORM COMPLAINT FOR PERSONAL INJURIES, DAMAGES AND DEMAND FOR JURY TRIAL |

1. Plaintiff(s) <u>Liana Hee Lim</u>, hereby state and incorporate by reference all of the allegations contained in Plaintiffs' Master Long Form Complaint for Personal Injuries, Damages and Demand For Jury Trial ("Master Complaint") as permitted by Case Management Order No. <u>17</u> for cases filed directly into this district.

2. In addition to the below indicated portions of the Master Complaint adopted by the Plaintiff(s) and incorporated by reference herein, Plaintiff(s) hereby allege(s) as follows:

**IDENTIFICATION OF PLAINTIFFS AND RELATED INTERESTED PARTIES**

3. Name and current residence of individual who is alleged to have suffered personal injuries and related damages due to implantation of one or more Biocell Textured Implant medical devices ("Biocell"):

   Liana Hee Lim
   Rancho Palos Verdes, California

4. Consortium Claim(s): Name and current residence of individual(s) alleging damages for loss of consortium:
   <u>Not Applicable</u>

1

5. If a survival and/or wrongful death claim is asserted:

   Name and residence of Decedent when she suffered Biocell-related injuries and/or death:
   Not Applicable

   Name and current residence of the individual(s) bringing the claims on behalf of the decedent's estate, and status (i.e., personal representative, administrator, next of kin, successor in interest, etc.):
   Not Applicable

## VENUE

6. Plaintiff[s] allege that venue for remand and trial is proper in the following federal judicial district:

   United States District Court for the Central District of California

## DEVICE IDENTIFICATION

7. [Plaintiff/Decedent] used the following Biocell device[s], which Plaintiff contends caused her injury(ies). Check all that apply and provide all dates of implant and explant:

| ☐ **NATRELLE Silicone-filled Breast Implants**<br>   ☐ Style 110<br>   ☐ Style 115<br>   ☐ Style 120<br><br>**Date[s] of Implant:**<br><br>**Date[s] of Explant (if any):** | ☐ **NATRELLE Saline-Filled Breast Implants**<br>   ☐ Style 163<br>   ☐ Style 168<br>   ☐ Style 363<br>   ☐ Style 468<br><br>**Date[s] of Implant:**<br><br>**Date[s] of Explant (if any):** |
| --- | --- |
| ☐ **NATRELLE 410 Highly Cohesive Anatomically Shaped Silicone-Filled Breast Implants**<br>   ☐ Style LL | ☐ **NATRELLE INSPIRA Silicone-Filled Breast Implants**<br>   ☐ Style TRL<br>   ☐ Style TRLP<br>   ☐ Style TRM |

| | |
|---|---|
| ☐ Style LM<br>☐ Style LF<br>☐ Style LX<br>☐ Style ML<br>☐ Style MM<br>☐ Style MF<br>☐ Style MX<br>☐ Style FL<br>☐ Style FM<br>☐ Style FF<br>☐ Style FX<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): | ☐ Style TRF<br>☐ Style TRX<br>☐ Style TSL<br>☐ Style TSLP<br>☐ Style TSM<br>☐ Style TSF<br>☐ Style TSX<br>☐ Style TCL<br>☐ Style TCLP<br>☐ Style TCM<br>☐ Style TCF<br>☐ Style TCX<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): |
| ☐ McGhan BioDIMENSIONAL® Silicone-Filled BIOCELL® Textured Breast Implants, Style 153<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): | ☐ NATRELLE Dual-Gel Breast Implants<br>☐ Style LX<br>☐ Style MX<br>☐ Style FX<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): |
| ☐ NATRELLE Komuro Breast Implants<br>☐ Style KML<br>☐ Style KMM<br>☐ Style KLL<br>☐ Style RLM<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): | ☐ NATRELLE Ritz Princess Breast Implants<br>☐ Style RML<br>☐ Style RMM<br>☐ Style RFL<br>☐ Style RFM<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): |
| ☐ NATRELLE 150 Full Height and Short Height Double Lumen Implants<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): | ☐ NATRELLE 133 Plus Tissue Expander<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): |

| ☐ NATRELLE 133 Tissue Expander with Suture Tabs<br><br>**Date[s] of Implant:**<br><br>**Date[s] of Explant (if any):** | ☒ **OTHER (Please Describe):** NATRELLE 410 Soft Touch Implants, Styles FF and MM<br><br>**Date[s] of Implant:** 9/13/2014<br><br>**Date[s] of Explant (if any):** 9/25/2019 |
|---|---|

## PLAINTIFF'S BIOCELL-RELATED INJURIES

8. Plaintiff[s] allege that one or more Biocell devices caused personal injuries and damages including but not limited to the following:

    <u>Seroma, fluid accumulation between the implant and the tissue membrane, significantly heightened risk of BIA-ALCL, mental anguish and fear of developing BIA-ALCL, accumulation of foreign and adulterated silicone particles in their bodies, including the resulting inflammation, cellular damage, and subcellular damage, past and future medical expenses, physical pain and suffering from explantation, permanent scarring, and disfigurement.</u>

9. Approximate date of Biocell-device related injury:

    <u>Plaintiff is uncertain of the precise date when they started having damage or injury from the implants, but harmful exposure occurred since implantation although Plaintiff was unaware of the same. Plaintiff learned of the product recall due to the increased risk of BIA-ALCL sometime on or after July of 2019.</u>

10. Has Plaintiff or Plaintiff's decedent ever been diagnosed with BIA-ALCL:

    ☐ Yes
    ☒ No

    a. If Yes, date of diagnosis: _____

## CAUSES OF ACTION

11. The following claims asserted in the *Master Complaint* are herein adopted by Plaintiff(s):

    ☒ Count I:      Strict Liability – Manufacturing Defect

    ☒ Count II:     Negligent Manufacturing

    ☒ Count III:    General Negligence

4

☒ Count IV:   Strict Liability Failure to Warn

☒ Count V:    Negligent Failure to Warn

☒ Count VI:   Negligent Misrepresentation

☒ Count VII:  Breach of Implied Warranty of Merchantability

☒ Count VIII: Breach of Express Warranty

☒ Count IX:   Strict Liability Design Defect

☒ Count X:    Negligent Design

☐ Count XI:   Survivorship and Wrongful Death

☐ Count XII:  Loss of Consortium

☒ Count XIII: Punitive Damages

☒ Other Claims and factual basis therefore:

    Unjust Enrichment (in the alternative)
    Cal. Bus. & Prof. Code §§ 17200, et. seq.

## OTHER DEFENDANTS

12. Plaintiff(s) further bring claims against the following Defendants not named in the *Master Complaint*:
    a. Additional Defendant(s)

        Additional Defendant 1: _____

        Additional Defendant 2: _____

        Additional Defendant 3: _____

        Additional Defendant 4: _____

    b. Address(es) of Additional Defendant(s):

        Address of Defendant 1: _____

        Address of Defendant 2: _____

        Address of Defendant 3: _____

        Address of Defendant 4: _____

    c. Short and Plain Statement of Factual Allegations against Additional Defendants:

    d.  Claims asserted against Additional Defendants:

_____
_____
_____
_____
_____

**WHEREFORE**, Plaintiff(s) pray(s) for relief and demand(s) a trial by jury as set forth in the Plaintiffs' Master Personal Injury Long Form Complaint in MDL 2921 in the United States District Court for the District of New Jersey.

Date: <u>December 23, 2024</u>

/s/ *Tessa G. Cuneo*

**ASK LLP**
Tessa G. Cuneo
Alexandra W. Robertson
David H. Stern
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Tel: 651-406-9665
Fax: 651-406-9676
arobertson@askllp.com
tcuneo@askllp.com
dstern@askllp.com

*Attorneys for Plaintiff*